EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Plan de Retribución del Poder Judicial | 2023 TSPR 96  212 DPR ___ |
|---|---|

Número del Caso: EM-2023-0009

Fecha: 1 de agosto de 2023

Materia: Plan de Retribución del Poder Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

*In re:*

Plan de Retribución del
Poder Judicial

EM-2023-09

RESOLUCIÓN

En San Juan, Puerto Rico, a 1 de agosto de 2023.

Desde hace años el Poder Judicial trabaja con la Junta de Supervisión y Administración Financiera ("Junta de Supervisión") para lograr un aumento para todo nuestro personal. A la luz de esto, conforme provisto en el Plan Fiscal de 2022 de la Junta de Supervisión, y como un primer esfuerzo en la mencionada dirección, se concedió un aumento de $200 mensuales a todo el personal, excepto a los miembros de la Judicatura. Ese aumento fue efectivo el 1 de julio de 2022.

La Jueza Presidenta y la Oficina de Administración de los Tribunales aspiraban a otorgar aumentos adicionales y así se manifestó y solicitó a la Junta de Supervisión, al Gobernador de Puerto Rico y a los Presidentes de la Asamblea Legislativa. A la vez, también se continuaron los esfuerzos para actualizar el Plan de Retribución del Poder Judicial, que incluye al personal del Servicio Central y del Servicio Uniforme.

Tras el Plan Fiscal de 2023 de la Junta de Supervisión, se aprobó la Resolución Conjunta Núm. 39-2023, conocida como la Resolución Conjunta del Presupuesto del Fondo General para el AF2024, objeto

del Presupuesto Certificado por la Junta de Supervisión. En dicho Presupuesto Certificado, se estableció una reserva de incentivos por cumplimiento de metas para implementar una revisión salarial en el Tribunal General de Justicia.

A tales fines, y según establecido en el Plan Fiscal de 2023 de la Junta de Supervisión, entre otras cosas, se dispuso para que el Poder Judicial completara la revisión de su Plan de Retribución en conjunto con el referido ente, con el propósito de garantizar consistencia con la Reforma del Servicio Público dispuesta por dicho ente fiscal.

A la luz de lo provisto en dicha Resolución Conjunta, así como lo establecido en el Plan Fiscal de 2023, el Director Administrativo de los Tribunales, Hon. Sigfrido Steidel Figueroa, ha informado que la Junta de Supervisión completó la revisión del Plan de Retribución del Poder Judicial y determinó que esta resulta consistente con la Reforma del Servicio Público, por lo cual autorizó su implementación.

En vista de ello, y habiendo la Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, comunicado su anuencia, el Plan de Retribución del Poder Judicial se entiende aprobado, conforme revisado por la Junta de Supervisión, efectivo el 1 de julio de 2023. Lo anterior, sin duda, representa un paso de avance para mejorar las condiciones salariales de todos los funcionarios y funcionarias del Poder Judicial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo